**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Sylvester ANDREWS,
Defendant–Appellee.**

**No. 87–3109.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 13, 1988.

Thomas E. Morris, Asst. U.S. Atty., Ernst D. Mueller, Asst. U.S. Atty., Jacksonville, Fla., Patty Merkamp Stemler, U.S. Dept. of Justice, Appellate Section/Crim. Div., Washington, D.C., for plaintiff-appellant.

Rosemary T. Cakmis, Federal Public Defender, Jacksonville, Fla., for defendant-appellee.

---

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
IN BANC

Before RONEY, Chief Judge, and
TJOFLAT, HILL, FAY, VANCE,
KRAVITCH, JOHNSON, HATCHETT,
ANDERSON, CLARK and
EDMONDSON, Circuit Judges.

BY THE COURT:

A member of this court in active service
having requested a poll on the application
for rehearing in banc and a majority of the
judges of this court in active service having
voted in favor of granting a rehearing in
banc,

IT IS ORDERED that the above cause
shall be reheard by this court in banc *with*
oral argument during the week of Febru-
ary 22, 1988, on or hereafter to be fixed.
The clerk will specify a briefing schedule
for the filing of in banc briefs. The previ-
ous panel's opinion is hereby VACATED.